February 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

### REYNALDO LAFAYETTE JELKS, Appellant

NO. 14-12-00509-CR                                    V.

### THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as rendered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED** to delete the specific amount of costs.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.